UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KC FILED
Mar 13, 2008
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case

Melissa A. Florio

v.

Comcast Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Melissa A. Florio

08CV1514
JUDGE LEFKOW
MAGISTRATE JUDGE COX

| SIGNATURE | |
|---|---|
| FIRM | Law Offices of James J. Macchitelli |
| STREET ADDRESS | 7247 W. Touhy Ave |
| CITY/STATE/ZIP | Chicago IL 60631 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6208773 | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

