UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Melissa A. Flario

                    Plaintiff,

v.                                                  Case No.: 1:08−cv−01514
                                                    Honorable Joan H. Lefkow

Comcast Corporation

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 5/1/2008 and continued to 6/12/2008 at 09:30 AM. Plaintiff's oral motion for leave to serve alias summons is granted. Alias summons to issue.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.