AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS  **SUMMONS IN A CIVIL CASE**

MELISSA A. FLORIO

V.

COMCAST CORPORATION

CASE NUMBER: 08 CV 1514

ASSIGNED JUDGE: LEFKOW

DESIGNATED MAGISTRATE JUDGE: COX

391786

TO: (Name and address of Defendant)

Comcast Corporation
Attention: Legal Department
1500 McConnor Parkway
Schaumburg, Illinis 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James J. Macchitelli
Attorney at Law
7247 West Touhy Avenue
Chicago, Illinois 60631

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DEPUTY CLERK

MAY 15 2008
DATE

E MUNICIPAL SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS DISTRICT 224

2

SHERIFF'S NUMBER 391786-001M CASE NUMBER 08CV1514 DEPUTY: _HmAk1547_

FILED DT 05-15-2008 RECEIVED DT 05-15-2008 DIE DT 06-05-2008 MULTIPLE SERVICE 1
DEFENDANT                                       ATTORNEY
COMCAST CORPORATION                             JAMES J. MACCITELLI
1500    MCCONNOR PW              #10            7247 W. TOUHY AV.
SCHAUMBURG IL. 60173                            CHICAGO IL. 60631

PLAINTIFF FLORIO, MELISSA A.

SERVICE INFORMATION: ATTN: LEGAL DEPARTMENT....20 DAY RTN

****************************************************************************

(A)    I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.
....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
      AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
      THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
      _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
      PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
      SAID PARTY REFUSED NAME
....3 SERVICE ON:  CORPORATION ✓ COMPANY___ BUSINESS___ PARTNERSHIP___
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
      REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
....4 CERTIFIED MAIL____

(B) THOMAS J. DART, SHERIFF, BY:  _Hm1587_____, DEPUTY

   1  SEX _F_ M/F    RACE _B_    AGE _45_
   2  NAME OF DEFENDANT COMCAST CORPORATION
      __WRIT SERVED ON _____ A.P. refused name___

      THIS _2_ DAY OF _June_, 20_08_ TIME _10_:_20_ A.M./P.M.

ADDITIONAL REMARKS _____

****************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _Office_                        ATTEMPTED SERVICES

NEIGHBORS NAME _____       DATE       TIME A.M./P.M.

     ADDRESS _____         _6-2_   _10:20_ _AM_

           REASON NOT SERVED:
                          07 EMPLOYER REFUSAL    ____  __:__  ____
   01 MOVED               08 RETURNED BY ATTY    ____  __:__  ____
   02 NO CONTACT          09 DECEASED            ____  __:__  ____
   03 EMPTY LOT           10 BLDG DEMOLISHED     ____  __:__  ____
   04 NOT LISTED          11 NO REGISTERED AGT.  ____  __:__  ____
   05 WRONG ADDRESS       12 OTHER REASONS       ____  __:__  ____
   06 NO SUCH ADDRESS     13 OUT OF COUNTY
                                                 ____  __:__  ____

FEE   .00   MILEAGE   .00   TOTAL   .00                         SP61