IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA A. FLORIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  08 CV 01514 |
| | ) | |
| COMCAST CORPORATION, | ) | Judge Joan Lefkow |
| | ) | Magistrate Judge Susan Cox |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER COMPLAINT AND TO CONTINUE STATUS HEARING**

Now comes Defendant Comcast of Illinois XI, LLC ("Comcast"), improperly named as Comcast Corporation in the Complaint, by and through its undersigned attorneys, and in support of its Unopposed Motion for Extension of Time to Answer Complaint and to Continue Status Hearing, states as follows:

1. On March 13, 2008, Plaintiff filed her Complaint in this matter, which alleges that Comcast discriminated against her based upon her disability, failed to accommodate her disability, failed to provide medical leave in violation of the Family and Medical Leave Act, and intentionally inflicted emotional distress upon her.

2. On or about June 2, 2008, Plaintiff served a copy of the Complaint upon a facility that is a subsidiary of Comcast Corporation.  This subsidiary is not Plaintiff's employer.

3. Comcast did not obtain a copy of the Complaint until on or about June 19, 2008. However, Comcast has agreed to accept service of the Complaint.

4. Comcast recently retained Fisher & Phillips LLP to represent the company in this litigation.

5.     Comcast requests that it be granted until on or before July 15, 2008 in which to file its answer or other responsive pleading.  The additional time is required in order for Comcast to adequately investigate and respond to the allegations contained in Plaintiff's Complaint.  This is Comcast's first request for an extension of time.

6.     Comcast further requests that the July 15, 2008 status date be continued until after Comcast has had an opportunity to file its answer or other responsive pleading.

7.     Plaintiff does not oppose this request for an extension of time to answer the Complaint or to continue the status hearing.

WHEREFORE, Defendant Comcast Corporation XI, LLC, respectfully requests that this Court grant its Motion for Extension of Time and to Continue Status Hearing and allow it until on or before July 15, 2008, in which to answer or otherwise respond to the Complaint, and that the Court continue the July 15, 2008 status date.

Dated:  June 27, 2008

                              Respectfully submitted,


                    By:     /s/ Nesheba M. Kittling
                            One of the Attorneys for Defendant
                            Comcast of Illinois XI, LLC

Craig R. Annunziata
Nesheba M. Kittling
FISHER & PHILLIPS LLP
140 S. Dearborn Street, Suite 1000
Chicago, Illinois 60603
(312) 346-8061

## CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on June 27, 2008, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND TO CONTINUE STATUS HEARING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James J. Macchitelli
Law Offices of James J. Macchitelli
7247 West Touhy Avenue
Chicago, IL 60631
*(Email: jimmymacc@aol.com)*

thereby serving same upon him.

/s/ Nesheba M. Kittling