IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA A. FLORIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 CV 01514 |
| | ) | |
| COMCAST CORPORATION, | ) | Judge Joan Lefkow |
| | ) | Magistrate Judge Susan Cox |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   James J. Macchitelli
      Law Offices of James J. Macchitelli
      7247 West Touhy Avenue
      Chicago, IL 60631

PLEASE TAKE NOTICE that on Thursday, July 3, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Joan H. Lefkow or any Judge sitting in her stead, in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division and then and there present **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND TO CONTINUE STATUS HEARING,** which has been electronically filed with the Clerk of the Court using the CM/ECF system, and a copy of which has thereby been electronically served upon you.

Dated: June 27, 2008

                                    Respectfully submitted,


                            By:   /s/ Nesheba M. Kittling
                                  One of the Attorneys for Defendant
                                  Comcast of Illinois XI, LLC

Craig R. Annunziata
Nesheba M. Kittling
FISHER & PHILLIPS LLP
140 S. Dearborn Street, Suite 1000
Chicago, Illinois 60603
(312) 346-8061

Chicago 92543.1

**CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on June 27, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> James J. Macchitelli
> Law Offices of James J. Macchitelli
> 7247 West Touhy Avenue
> Chicago, IL 60631
> *(Email: jimmymacc@aol.com)*

thereby serving same upon him.

/s/  Nesheba M. Kittling