IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA A. FLORIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  08 CV 01514 |
| | ) | |
| COMCAST CORPORATION, | ) | Judge Joan Lefkow |
| | ) | Magistrate Judge Susan Cox |
| Defendant. | ) | |

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that Craig R. Annunziata of Fisher & Phillips LLP, counsel for Defendant Comcast of Illinois XI, LLC will be unavailable from August 5, 2008 through August 13, 2008.  Counsel for Defendant will be unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to *ex parte* applications, appearing in court, attending oral argument or deposition, or any other requests or activities related to this litigation.

Dated:  July 10, 2008

                 Respectfully submitted,

             By:  /s/ Craig R. Annunziata
                 One of the Attorneys for Defendant
                 Comcast of Illinois XI, LLC

Craig R. Annunziata
Nesheba M. Kittling
FISHER & PHILLIPS LLP
140 S. Dearborn Street, Suite 1000
Chicago, Illinois 60603
(312) 346-8061

Chicago 92875.1

## CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on July 10, 2008, I electronically filed the foregoing **NOTICE OF UNAVAILABILITY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James J. Macchitelli
Law Offices of James J. Macchitelli
7247 West Touhy Avenue
Chicago, IL 60631
*(Email: jimmymacc@aol.com)*

thereby serving same upon him.

                                                /s/ Craig R. Annunziata