Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1514 | DATE | 9/2/2008 |
| CASE TITLE | Florio vs. Comcast Corporation | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 9/30/2008. Non-expert discovery will close on 3/16/2009. Cut-off date for designation of plaintiff's trial expert(s) is 5/8/2009; for defendant's trial expert(s) is 7/10/2009. Status hearing is set for 11/4/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

FILED
2008 SEP -8 AM 11:28
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|